+NATHAN M. JENKINS (560)
JERRY C. CARTER (5905)
JENKINS & CARTER
501 Hammill Lane
Reno, NV 89511
(775) 829-7800
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES of the NORTHERN NEVADA OPERATING ENGINEERS HEALTH & WELFARE TRUST FUND, et al.<br><br>Plaintiffs,<br>vs.<br><br>CRUZ EXCAVATING, INC., a California corporation; ZEPHYR COMPANIES, INC., a Nevada corporation; SCOTT FREIDUS; DOES 1 -100; and BLACK AND WHITE COMPANIES 101-200;<br><br>Defendants.<br>_____/ | Case No. 3:09-cv-00347-RCJ-VPC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**AND**<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that Plaintiffs, above-named, hereby voluntarily dismiss the above-entitled action with prejudice with each party to bear its own costs and attorneys' fees;

The above notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) is appropriate because Default (#9) was entered against all Defendants by the Clerk on August 19, 2009, and has not been set aside. Plaintiffs contend, and Defendants agree, that Defendants' subsequently-filed Answer (#18) is a nullity because Defendants are in default. Furthermore, Plaintiffs, above-named, and Defendants, above-named, through their respective undersigned counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-

/ / /

/ / /

1

entitled action shall be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that [22] Defendants' FRCP 55 Motion to Set Aside Default and FRCP 60 Motion for Relief from Default Judgment is GRANTED.

IT IS FURTHER ORDERED that Oral Argument set for Monday, January 9, 2012 is VACATED.

IT IS SO ORDERED.

_____
ROBERT C. JONES

DATED: This 27th day of October, 2011.

JENKINS & CARTER
ATTORNEYS AT LAW
501 Hammill Lane
Reno, Nevada 89511-1004
(775) 829-7800 Fax (775) 829-0511

## CERTIFICATE OF SERVICE

I certify that I am an employee of JENKINS & CARTER and that on this date the within document entitled **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AND STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically e-serve the same on the attorney of record set forth below:

John L. Shadek, Esq.
Devon T. Reese, Esq.
Shadek Reese, Ltd.
590 Lakeshore Blvd
Incline village, NV  89451

DATED this _27_ day of September, 2011.

_____